

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-19-00478-CR

Devante Montreal **PARKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0348
Honorable Frank J. Castro, Judge Presiding

# O R D E R

 Appellant's brief was originally due to be filed on September 26, 2019. On September 30, 2019, appellant's attorney was notified that the brief was late. On October 9, 2019, appellant filed a motion requesting an extension of time to file the brief. On October 15, 2019, the motion was granted, extending the deadline for filing the brief to October 25, 2019. The brief has not been filed.

 Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.



_____
LUZ ESTRADA,
Chief Deputy Clerk